# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JAMES WARNER                                                                      PLAINTIFF
ADC #166969

v.                               CASE NO. 4:19-CV-00519 BSM

VANESSA LASTER                                                                    DEFENDANT

## ORDER

James Warner's complaint [Doc. No. 2] is dismissed without prejudice. Warner failed to update his address in accordance with the previous order [Doc. No. 6]. Vanessa Laster's motion for extension of time to file responsive pleading to plaintiff's complaint [Doc. No. 8] is denied as moot.

IT IS SO ORDERED this 20th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE