IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES WARNER**  **PLAINTIFF**
**ADC #166969**

**v.**  **CASE NO. 4:19-CV-00519 BSM**

**VANESSA LASTER**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE